# Lybeck Murphy LLP

Lawyers

500 Island Corporate Center
7525 SE 24th Street
Mercer Island, WA 98040-2334

Phone 206-230-4255 - Facsimile 206-230-7791
EIN 91-2013832

Don Caton
PO Box 75068
Seattle WA 98175

December 10, 2010
Invoice No. 26769

In Reference To: Caton v. Caton
Bankruptcy Adversary

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/8/2010 | EAC | Telephone conference with client | 0.20 | 55.00 |
|  | EAC | Telephone call and correspondence to Henry | 0.20 | 55.00 |
| 9/9/2010 | EAC | Revise representation agreement correspondence to and from client correspondence to Henry | 0.30 | 82.50 |
| 9/27/2010 | EAC | Various correspondence and telephone calls with bankruptcy counsel | 0.30 | 82.50 |
|  | EAC | Correspondence to bankruptcy counsel | 0.30 | 82.50 |
| 9/29/2010 | EAC | Review and revise motion for extension | 0.30 | 82.50 |
|  | EAC | Telephone call to plaintiff's counsel | 0.20 | 55.00 |
|  | EAC | Correspondence to plaintiff's counsel | 0.20 | 55.00 |
| 9/30/2010 | EAC | Various correspondence to and from client | 0.30 | 82.50 |
|  | EAC | Various correspondence to and from bankruptcy counsel | 0.30 | 82.50 |

|            |     |                                                                                    | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------|-------|--------|
| 9/30/2010  | EAC | Review, revise and finalize motion for extension and supporting declaration.       | 1.20  | 330.00 |
|            | EAC | Correspondence from and to counsel for plaintiff                                   | 0.30  | 82.50  |
|            | EAC | Review and finalize notice of appearance.                                          | 0.20  | 55.00  |
| 10/1/2010  | EAC | Telephone conference with client                                                   | 0.30  | 82.50  |
| 10/4/2010  | EAC | Receive and begin review of motion for summary judgment; correspondence to client and Henry | 0.40 | 110.00 |
|            | EAC | Various correspondence with client and Henry                                       | 0.30  | 82.50  |
|            | EAC | Various correspondence with plaintiff's counsel                                    | 0.30  | 82.50  |
| 10/5/2010  | EAC | Various correspondence and telephone conference with bankruptcy counsel            | 0.40  | 110.00 |
|            | EAC | Review and edit declaration of Cooper                                              | 0.30  | 82.50  |
|            | EJC | Review file for Settlement Agreement, send to Cooper.                              | 0.30  | NO CHARGE |
| 10/6/2010  | EAC | Begin review of documents supporting motion for summary judgment.                  | 0.30  | 82.50  |
|            | EAC | Telephone conference with client                                                   | 0.30  | 82.50  |
|            | EJC | Draft, prepare and send Notice of Deposition of Judy Caton                         | 0.20  | 30.00  |
| 10/7/2010  | EJC | Draft motion to shorten time.                                                      | 0.50  | 75.00  |
|            | EAC | Various correspondence with plaintiff's counsel regarding motion for shortened time. | 0.40 | 110.00 |
|            | EAC | Various correspondence to plaintiff's counsel regarding rescheduling motions.      | 0.30  | 82.50  |
| 10/8/2010  | EAC | Review and revise motion to shorten time.                                          | 0.40  | 110.00 |
| 10/9/2010  | EAC | Begin preparation for deposition of Judy Caton                                     | 1.40  | 385.00 |
| 10/12/2010 | EAC | Continue preparation for deposition of Judy Caton.                                 | 0.70  | 192.50 |

Don Caton                                                                                                     Page    3

|            |     |                                                                                  | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------|-------|--------|
| 10/12/2010 | EAC | Take deposition of Judy Caton.                                                   | 3.50  | 962.50 |
|            | EAC | Telephone conference with client                                                 | 0.50  | 137.50 |
|            | EJC | Prepare materials for Cooper                                                     | 0.30  | 45.00  |
| 10/13/2010 | EJC | Motion to Shorten Time Ex Parte; file; telephone call from court.                | 0.60  | 90.00  |
| 10/15/2010 | EAC | Receive and review order denying motion to shorten time.                         | 0.20  | 55.00  |
| 10/22/2010 | BRJ | Legal research                                                                   | 0.30  | 75.00  |
|            | EAC | Begin work on response to motion for summary judgment.                           | 0.40  | 110.00 |
| 10/24/2010 | EAC | Begin work on declaration of Don Caton.                                          | 0.40  | 110.00 |
|            | EAC | Continue work on response motion for summary judgment.                           | 0.70  | 192.50 |
| 10/25/2010 | EAC | Continue work drafting declaration of client in opposition to motion for summary judgment. | 1.10 | 302.50 |
|            | BRJ | Legal research review motion for summary judgment and exhibits. review and edit declaration of client. | 1.20 | 300.00 |
| 10/26/2010 | BRJ | Continue legal research further review for summary judgment, exhibits, and relevant pleadings. | 1.30 | 325.00 |
|            | BRJ | Prepare opposition to motion for summary judgment.                               | 2.10  | 525.00 |
|            | EAC | Review case law                                                                  | 0.80  | 220.00 |
|            | EAC | Various correspondence with client                                               | 0.30  | 82.50  |
| 10/27/2010 | EAC | Review and edit draft declaration of Don Caton.                                  | 0.20  | 55.00  |
|            | EAC | Review and revise draft opposition to motion for summary judgment.               | 1.10  | 302.50 |
|            | EAC | Correspondence to and from client                                                | 0.20  | 55.00  |
|            | BRJ | Review, revise and edit opposition to motion for summary judgment and declaration of Caton. | 0.40 | 100.00 |
|            | BRJ | Prepare response to statement of facts and additional facts.                     | 0.80  | 200.00 |

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 10/27/2010 | EAC | Correspondence to and from client | 0.20 | 55.00 |
| 10/28/2010 | EJC | Prepare pleadings for Justus | 0.70 | 105.00 |
|  | EAC | Review and edit opposition to motion for summary judgment. | 0.40 | 110.00 |
|  | EAC | Review and edit most recent draft of declaration of client and statement of genuine issues and material facts. | 1.40 | 385.00 |
|  | BRJ | Continue review, revise and edit opposition to motion for summary judgment and declaration of Caton. | 0.20 | 50.00 |
|  | EAC | Correspondence to client | 0.20 | 55.00 |
| 10/29/2010 | EJC | Prepare, file and send motion for summary judgment response with supporting documents. | 0.60 | 90.00 |
|  | EAC | Finalize documents in support of opposition to motion for summary judgment. | 0.50 | 137.50 |
| 10/31/2010 | EAC | Begin work on reply to plaintiff's response to motion for extension | 1.60 | 440.00 |
|  | EJC | Prepare and file declaration of Don Caton. | 0.40 | 60.00 |
|  | EAC | Review recent filings, prepare for filing of declaration of Don Caton. | 0.40 | 110.00 |
| 11/1/2010 | EAC | Continue work on reply to objection to motion to extend | 1.80 | 495.00 |
|  | EAC | Begin work on declaration in support of motion to extend | 0.30 | 82.50 |
|  | EAC | Telephone call to opposing counsel | 0.20 | 55.00 |
|  | EAC | Correspondence to opposing counsel | 0.70 | 192.50 |
|  | EJC | Work on discovery to plaintiff. | 0.40 | 60.00 |
|  | EAC | Begin work on second discovery requests to plaintiff. | 1.40 | 385.00 |
| 11/2/2010 | BRJ | Examine opposition reply brief and declaration from plaintiff on summary judgment | 0.60 | 150.00 |
|  | EAC | Correspondence from and to client | 0.30 | 82.50 |

Don Caton                                                                                                   Page    5

|            |     |                                                                                              | Hours | Amount     |
|------------|-----|----------------------------------------------------------------------------------------------|-------|------------|
| 11/2/2010  | EJC | Prepare and file reply in support of extension                                               | 0.40  | 60.00      |
| 11/4/2010  | BRJ | Review pleadings and legal research                                                          | 1.60  | 400.00     |
| 11/5/2010  | BRJ | Travel to and attend oral argument on motions                                                | 4.30  | 1,075.00   |
| 11/8/2010  | BRJ | Analyze results of hearing, judgment authorization of future discovery, trial date.          | 0.30  | 75.00      |
| 11/9/2010  | EJC | Receive and review correspondence with new discovery from opposing counsel.                  | 0.20  | 30.00      |
| 11/17/2010 | EJC | Work on discovery responses.                                                                 | 0.40  | 60.00      |
|            | EAC | Draft responses to plaintiff's discovery.                                                    | 0.40  | 110.00     |
| 11/23/2010 | EAC | Correspondence from and to client                                                            | 0.20  | 55.00      |
| 12/1/2010  | EAC | Begin work on research                                                                       | 0.20  | 55.00      |
| 12/2/2010  | EAC | Various correspondence from and to client                                                    | 0.20  | 55.00      |
|            | EAC | Various correspondence from and to plaintiff's counsel                                       | 0.20  | 55.00      |
| 12/3/2010  | EAC | Complete work on draft objections to plaintiff's second interrogatories and request for production. | 0.30  | 82.50      |
|            | EAC | Correspondence to client                                                                     | 0.20  | 55.00      |
| 12/9/2010  | EAC | Various correspondence to and from client                                                    | 0.30  | 82.50      |
|            | EAC | Finalize defendant's responses to plaintiff's second discovery requests.                     | 0.20  | 55.00      |
|            | EJC | Prepare and send discovery responses                                                         | 0.20  | 30.00      |
| 12/10/2010 | EAC | Correspondence to and from plaintiff's counsel                                               | 0.30  | 82.50      |
|            | EAC | Correspondence to client                                                                     | 0.20  | 55.00      |
|            | EAC | Receive and begin review of plaintiff's discovery responses.                                 | 1.40  | 385.00     |
|            |     | For professional services rendered                                                           | 51.30 | $13,085.00 |

Don Caton  Page 6

Additional Charges :

|  |  |  | Price | Amount |
|---|---|---|---|---|
| 8/31/2010 STF | On-Line Research - Westlaw |  | 9.02 | 9.02 |
| 10/1/2010 STF | Deposition costs: Court Reporter fee and transcript of deposition of Judy Caton. |  | 924.15 | 924.15 |
| 11/1/2010 STF | In-house photocopies for November 1st - November 22nd copies at $.20/copy |  | 0.20 | 35.00 |
|  | Total costs |  |  | $968.17 |
|  | Total amount of this bill |  |  | $14,053.17 |
|  | Previous balance |  |  | $1,865.00 |
|  | **BALANCE DUE** |  |  | **$15,918.17** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Elizabeth A. Cooper | 33.00 | 275.00 | $9,075.00 |
| Benjamin Justus | 13.10 | 250.00 | $3,275.00 |
| Elizabeth Curtis | 4.90 | 150.00 | $735.00 |
| Elizabeth Curtis | 0.30 | 0.00 | $0.00 |

Balance due upon receipt. Thank you.

Deposited trust funds (if any) will be transferred from our client trust account to cover the balance due after ten days, absent objection.

| | |
|---|---|
| Previous balance of Client funds | $5,000.00 |
| 8/16/2010 Payment from Lybeck Murphy, LLP, trust account (Check No. 4941) | ($1,865.00) |
| 9/27/2010 Funds returned to trust account | $1,865.00 |
| 10/11/2010 Payment to account. Check No. 2250 | $5,000.00 |
| 11/12/2010 Payment to account. Check No. 2258 | $5,000.00 |
| New balance of Client funds | $15,000.00 |